```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
AMANDA DONNELLY, EZEKIEL SIERRA, MARIAN    :
SZYMURA, ANTHONY FRATTIN, on behalf of     :
themselves and all others similarly        :    09 Civ. 6790(DLC)
situated,                                  :
                         Plaintiffs,       :    ORDER
                                           :
              -v-                          :
                                           :
LIVANOS RESTAURANT GROUP, JOHN LIVANOS,     :
                         Defendants.       :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

     As set forth at the pretrial conference held on July 6,
2010, the following schedule shall govern the further conduct of
pretrial proceedings in this case:

1.   The time for individuals to join the collective action, and
     to opt out of the class action, will end on **September 3,
     2010**.

2.   The parties must contact the chambers of Magistrate Judge
     Dolinger no later than **October 1, 2010** in order to schedule
     settlement discussions under his supervision.

3.   All fact discovery must be completed by **December 17, 2010**.

4.   The following motion will be served by the dates indicated
     below.

     Any motion for summary judgment

     -    Motion served by **January 21, 2011**
     -    Opposition served by **February 11, 2011**
     -    Reply served by **February 18, 2011**

     At the time any reply is served, the moving party shall
     supply two courtesy copies of all motion papers by mail or
     hand delivery to the Honorable Denise Cote, United States
     Courthouse, 500 Pearl Street, New York, NY 10007.

5.   In the event no motion is filed, the Joint Pretrial Order
     must be filed by **January 21, 2011**.

     As described in greater detail in this Court's Individual
     Practices in Civil Cases, the following documents must be
     filed with the Pretrial Order:  Voir Dire, Requests to
     Charge, and a Memorandum of Law addressing all questions of
     law expected to arise at trial.  Any responsive papers are
     due one week thereafter.  Counsel will provide the Court
     with two (2) courtesy copies of all pretrial documents at
     the time of filing.

Dated:    New York, New York
          July 6, 2010


                                    _____
                                         DENISE COTE
                                    United States District Judge