```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
AMANDA DONNELLY, EZEKIEL SIERRA, MARIAN  :
SZYMURA, ANTHONY FRATTIN, on behalf of  :
themselves and all others similarly     :   09 Civ. 6790(DLC)
situated,                               :
                      Plaintiffs,       :   ORDER
                                        :
           -v-                          :
                                        :
LIVANOS RESTAURANT GROUP, JOHN LIVANOS, :
                      Defendants.       :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/10

DENISE COTE, District Judge:

For the reasons stated on the record at the conference on July 6, 2010, the plaintiffs' April 9, 2010 motion for court-authorized notice of the collective action and for class certification is granted.

SO ORDERED:

Dated:   New York, New York
         July 6, 2010

                              _____
                                       DENISE COTE
                              United States District Judge